UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                             ) CASE NO: 10-46294-399   Chapter 13
                                   )
MARK E KOESTER                     )
                                   ) Response Due: 01/20/2011
CHRISTIE ANN KOESTER               ) Hearing:                            4
            Debtor(s)              )

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS AND NOTICE**

   COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee In bankruptcy, and for his Motion to Dismiss states as follows:
1. That the above captioned case was filed on Jun 06, 2010. The debtor's plan proposes to pay the sum of $      385.00 per month.
2. Pursuant to 11 U.S.C. 1326(a)(1) the debtor's first payment was due on July 6, 2010    .
3. That the Trustee has received payments from the debtor over the last nine months as set forth in exhibit A, attached hereto.
4. That the amount due to the Trustee to date is $     2,310.00 but the total paid into the plan to date is $     1,540.00 .
5. That the debtor is $       770.00 in default through Dec 30, 2010.

   WHEREFORE, the Trustee prays the Court enter its order dismissing this Chapter 13 case for failure to make plan payments.

**NOTICE OF FILING OF MOTION TO DISMISS**

   Please take notice that the Chapter 13 Trustee has filed a Motion to Dismiss. Any responsive pleadings including an amended plan, if one is to be filed, must be filed in writing with the US Bankruptcy Court, 111 S Tenth St, 4th Floor, St. Louis MO, 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice.  If no responsive pleading is filed, the motion may be granted without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.
   The undersigned hereby certifies that a copy of the foregoing motion and notice was served upon the following either through the Court's ECF system or by regular mail this day of December 30, 2010 .

                                     /s/ John V. LaBarge, Jr.
GV -026                            ------------------------------------
                                   John V LaBarge Jr  Ch 13 Trustee
                                   P.O. Box 430908
                                   St. Louis, MO 63143   (314) 781-8100
                                       trust33@ch13stl.com    Fax:(314) 781-8881

C KOESTER
M KOESTER                                HEAGLER LAW FIRM
477 CHATHAM DRIVE                        6302 N ROSEBURY
O FALLON MO  63366                       STE 1W
                                         CLAYTON MO
                                                     63105

```
In re:                              )  CASE NO: 10-46294-399   Chapter 13
                                    )
MARK E KOESTER                      )
                                    )  Response Due: 01/20/2011
CHRISTIE ANN KOESTER                )  Hearing:                              4
                 Debtor(s)          )
```

                              EXHIBIT A

                RECEIPTS FROM Jun 06, 2010 TO Dec 30, 2010

```
RECEIPT DATE      RECEIPT AMOUNT      RECEIPT TYPE
------------      --------------      ------------------------------------

Jul 08, 2010      $       385.00      MONEY ORDER FROM DEBTOR
Aug 12, 2010      $       385.00      MONEY ORDER FROM DEBTOR
Aug 18, 2010      $       385.00-     BANK CHARGE BACK - MISC RETURNED CH
Sep 07, 2010      $       385.00      CASHIER'S CHECK FROM DEBTOR
Sep 10, 2010      $       385.00      MONEY ORDER FROM DEBTOR
Oct 14, 2010      $       385.00      MONEY ORDER FROM DEBTOR
```