UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: | ) |
| | ) |
| Mark E Koester | ) |
| Christie Ann Koester | ) |
| | ) Case No. 10-46294-399 |
| Debtors, | ) |
| | ) Chapter 13 |
| Bank of America, N.A. as serviced by | ) |
| BAC Home Loan Servicing, LP | ) |
| | ) Motion To Allow Late Filed |
| | ) Proof of Claim By |
| Movant, | ) Bank of America, N.A. as serviced by |
| | ) BAC Home Loan Servicing, LP |
| vs. | ) |
| | ) |
| Mark E Koester | ) Vernon D. Singer, Esq. |
| Christie Ann Koester | ) Millsap & Singer, LLC |
| | ) 612 Spirit Drive |
| and | ) St. Louis, MO 63005 |
| | ) (636) 537-0110 |
| John V. LaBarge, Jr. | ) |
| | ) |
| Trustee, | ) **Hearing Date: March 23, 2011** |
| | ) **Hearing Time: 11:00 AM** |
| Respondents | ) **Objection Deadline: March 16, 2011** |

## NOTICE OF HEARING AND
## MOTION TO ALLOW LATE FILED PROOF OF CLAIM

**WARNING: ANY RESPONSE OR OBJECTION MUST BE FILED WITH THE COURT BY MARCH 16, 2011 (SEE L.B.R. 9013-2). A COPY MUST BE PROMPTLY SERVED UPON THE UNDERSIGNED. FAILURE TO FILE A TIMELY RESPONSE MAY RESULT IN A DEFAULT ORDER BEING GRANTED PRIOR TO THE HEARING DATE.**

**THE HEARING TO BE HELD ON THE DATE AND TIME ABOVE BEFORE THE HONORABLE BARRY S. SCHERMER, IN THE UNITED STATES BANKRUPTCY**

1

**COURT, EASTERN DISTRICT OF MISSOURI, THOMAS F. EAGLETON U.S. COURTHOUSE, 111 SOUTH TENTH STREET, FLOOR 5, NORTH COURTROOM, ST. LOUIS, MO 63102.**

COMES NOW, Bank of America, N.A. as serviced by BAC Home Loan Servicing, LP and for its Motion to Allow Late Filed Proof of Claim states as follows:

1. Movant is a corporation organized and existing in accordance with law and is the holder of a Deed of Trust and Deed of Trust Note secured by certain realty located at 477 Chatham Dr, O'Fallon, MO 63366. A copy of said Deed of Trust is attached hereto and marked Exhibit 1.

2. The deadline to file proofs of claim by creditors in this proceeding was October 5, 2010. Movant failed to file a proof of claim prior to the last day to file proofs of claim.

3. The collateral for Movant's note and deed of trust is the principal residence of the Debtors. Movant will not be adequately protected if its proof of claim is not allowed. Movant's only recourse if no proof of claim is allowed in this case is to file a motion for relief from the automatic stay to pursue its foreclosure remedies.

4. The amount due on said note as of November 3, 2010 is approximately $169,976.26. Additionally, Movant is owed $5,314.30 in pre-petition arrearages.

5. The plan filed in this proceeding provides that the real estate will be retained by the Debtors and that the real estate is necessary for an effective reorganization. It is in the best interest of the Debtors and the creditors in this case that Movant's proof of claim be allowed.

WHEREFORE, Movant prays that its late filed proof of claim be allowed; that the Trustee pay said proof of claim pursuant to the terms of the Chapter 13 plan; and for such other relief as is appropriate and just.

Dated February 18, 2011

Millsap & Singer, LLC

*/s/ Cynthia M. Woolverton*
Vernon D. Singer, #35335, #35335MO
Cynthia M. Woolverton, #47698, #47698MO, KSFd#21445
612 Spirit Drive
St. Louis, MO 63005
Telephone:   (636) 537-0110
Facsimile:   (636) 537-0067
bktyed@msfirm.com

Attorneys for Bank of America, N.A. as serviced by BAC Home Loan Servicing, LP

## CERTIFICATE OF SERVICE

I certify that a copy of this document was either electronically mailed or forwarded first-class regular mail February 18, 2011 to the following parties:


*/s/ Cynthia M. Woolverton*


Mark E Koester
Christie Ann Koester
477 Chatham Drive
O'Fallon, MO 63366

Douglas M. Heagler
The Law Office of Douglas M. Heagler
Attorney for Debtors
6302 N. Rosebury, Ste 1W
Clayton, MO 63105
motrafficattorney@yahoo.com

John V. LaBarge, Jr.
Office of the Chapter 13 Trustee
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143
standing_trustee@ch13stl.com